**Order entered October 19, 2020**



In the
### Court of Appeals
### Fifth District of Texas at Dallas

### No. 05-20-00768-CV

## IN RE GREG ABBOTT, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF TEXAS, Relator

**Original Proceeding from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-09166**

### ORDER
Before Justices Whitehill, Pedersen, III, and Carlyle

Relator's August 24, 2020 petition for writ of mandamus challenges the trial court's July 24, 2020 order to the extent that the court ordered expedited discovery and granted leave for plaintiffs, the real parties in interest, to join the Texas Alcoholic Beverage Commission as a party defendant. Pursuant to an interlocutory appeal pending under cause number 05-20-00694-CV, relator challenges the same order to the extent that the court denied his plea to the jurisdiction. We conclude that these proceedings should be decided together.

Accordingly, on the Court's own motion, we **ORDER** cause number 05-20-00768-CV **CONSOLIDATED** into cause number 05-20-00694-CV. We **DIRECT** the Clerk of this Court to remove all documents from cause number 05-20-00768-CV and refile them in cause number 05-20-00694-CV and to treat cause number 05-20-00768-CV as a closed case. We **ORDER** that all future filings bear only cause number 05-20-00694-CV. All current deadlines in cause number 05-20-00694-CV shall remain in place.

We request that real parties in interest file a response to relator's petition for writ of mandamus on or before **November 13, 2020**. Real parties may include the response within their appellee's brief or file the response as a separate brief in accordance with Texas Rule of Appellate Procedure 52.4 in cause number 05-20-00694-CV.

We **DIRECT** the Clerk of this Court to send a copy of this order to all parties, the trial judge, and the Dallas County District Clerk.

/s/ CORY L. CARLYLE
   JUSTICE